IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

CR 08 74 S

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. ________ |
| v. | In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 |
| VICTOR GABRIEL COLON-COLON | |

FILED
AUG 13 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on a date unknown to the Grand Jury and continuing until or about May 21, 2008, in the District of Rhode Island, Defendant VICTOR GABRIEL COLON-COLON did knowingly, intentionally and willfully combine, conspire, confederate, and agree with others unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to 21 U.S.C. § 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about May 21, 2008, in the District of Rhode Island, Defendant VICTOR GABRIEL COLON-COLON did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

A TRUE BILL:

REDACTED

Grand Jury Foreperson

Date: 8/13/08

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division