# United States District Court

FOR DISTRICT OF RHODE ISLAND

## APPEARANCE

UNITED STATES

VS.

VICTOR COLON

CASE NUMBER: 08-74 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for VICTOR COLON

8/21/08

*Date*

*Signature*

John H.Ruginski,Jr.

*Print Name*

127 Dorrance Street 3rd fl.

*Address*

Providence,R.I. 02903

*City* *State* *Zip Code*

401-272-7966

*Phone Number*