Sealed

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VICTOR GABRIEL COLON-COLON

**WARRANT FOR ARREST**

Case Number: CR08-74S

RECEIVED
U.S. MARSHALS SERVICE
AUG 13 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VICTOR GABRIEL COLON-COLON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

☑ in violation of Title 21 United States Code, Section(s) 846 AND 841(a)(1) and (b)(1)(B)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

08/13/2008 PROVIDENCE, RI
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/13/08 | CJ Wyant SDUSM | Wyant |
| DATE OF ARREST 08/21/08 | | |