# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR08-74S***

*To:* ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **VICTOR GABRIEL COLON-COLON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the **21st** day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: August 20, 2008.

David A. DiMarzio, Clerk

**PRETRIAL INTERVIEW AT 9 AM**
& ARRAIGNMENT

*by __/S/Jeannine Noel____________________*
***Jeannine Noel - Deputy Clerk***